IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JUDA PHONYOGO DAGANE | § | |
| v. | § | CIVIL ACTION NO. 6:05cv371 |
| TEXAS YOUTH COMMISSION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the lawsuit be dismissed without prejudice for failure to prosecute. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** without prejudice. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 23rd day of February, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**